```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014    FAX (213) 689-3055
 4
                    UNITED STATES BANKRUPTCY COURT
 5                   CENTRAL DISTRICT OF CALIFORNIA
 6
 7  In re:                         ) Case No.: 2:07-bk-13077 VZ
                                   )
 8    Moore, Lydia R.              ) TRUSTEE'S NOTICE OF
                                   ) UNCLAIMED DIVIDEND
 9                                 ) (Bankruptcy Rule 3011)
                                   )
10                                 )
                                   )
11
         TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
         Please find annexed hereto Check No. 633746 in the sum of
13
    $1,045.32 representing the total amount of unclaimed dividend in
14
    the above-entitled debtor's estate.  The check was not
15
    deliverable at the address of record.  The Trustee, after due
16
    diligence, has not been able to locate the payee.  Said sum is
17
    paid over to you pursuant to Bankruptcy Rule 3011.  The record
18
    reflects the name and address of the party entitled to said
19
    unclaimed dividend to be:
20
                        Lydia R. Moore
21                      P.O. Box 4212
                        Downey, CA 90241
22
23
24  Date:  March 16, 2011              /s/ Nancy Curry
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                    Check No. 633746

Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0713077-VZ | 999-0 | MOORE, LYDIA R. | | 0.00 | 1,045.32 | 0.00 | 1,045.32 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

March 16, 2011

**Nancy Curry
Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 633746

PAY** One Thousand Forty Five Dollars and 32 Cents*********************************
TO THE ORDER OF

AMOUNT **********$1,045.32***

U.S. BANKRUPTCY COURT
FISCAL DEPT
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA 90012-

VOID AFTER June 14, 2011

*Nancy Curry* (signature)

⑈633746⑈ ⑆061100790⑆ 000000575200 ⑈